IDA H. RIVKIN, Respondent, v. A. NELSON LEWIS, as Executor, etc., of LOUISE W. McA. LEWIS, Deceased, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, on the ground that evidence given by

the plaintiff was improperly admitted under section 347 of the Civil Practice Act, and that the verdict was against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.